0UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | **Chapter 13 Proceeding** |
| **Steven and Tamara Wollersheim** ) | |
| ) | **Case No.  05-68416** |
| **Debtors** ) | |

### NOTICE FOR DEPOSIT OF FUNDS
### INTO U. S. TREASURY FUND 6047BK

  Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $35.90 into U. S. Treasury Fund 6047BK for the following reasons:

1. That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That Community Helathcare Systems filed a proof of claim on January 4, 2006.
3. That your Trustee attempted to send payment on said claim in September 2010 and said payment remains uncashed.

  WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $35.90  into U.S. Treasury Fund 6047BK on behalf of creditor Community Healthcare Systems whose last known address was P.O. Box 3602, Munster, IN 46321

            /s/ Paul R. Chael
            Paul R. Chael, Trustee
            401 W. 84th Drive, Suite C
            Merrillville, IN 46410
            (219) 650-4015

### CERTIFICATE OF SERVICE

  I hereby certify that on December 29, 2010 service of a true and complete copy of the above and foregoing pleading or document was made upon the debtors' attorney and the U.S. Trustee electronically and the debtor by U.S. Mail as set forth below.

            /s/ Paul R. Chael
            Paul R. Chael, Trustee
            Indiana Attorney #3881-45

Distribution:

Steven & Tamara Wollersheim, 1500 N. 3rd Street, Apt. G9, Manitowoc, WI 54220